UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 26 2001
MARY E. D'ANDREA, CLERK
Per _____
  Deputy Clerk

THOMAS R. JONES,

    Petitioner

v.

JAKE MENDEZ, ET AL.,

    Respondents

CIVIL NO. 1:CV-00-2220

(Judge Kane)

### ORDER

NOW, THIS 26th DAY OF ~~JANUARY~~ February 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its

filing.

_____
YVETTE KANE
United States District Judge

YK:dlb

Case 1:00-cv-02220-YK-EC   Document 2   Filed 02/26/2001   Page 2 of 2