③
3-14-
sc

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
X    ☐ Agent   ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

[Stamp: DEPARTMENT OF JUSTICE FEB 2 6 2001 DOJ MAILROOM]

1. Article Addressed to:

John Ashcroft, Atty. General
Room 511 - Main Justice Bldg.
10th + Constitution Ave.
Washington, DC 20536

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0164 7555

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

FILED
HARRISBU[RG]
MAR 1 3 200[1]
MARY E. D'ANDREA
Per _____
DEPUTY CLE[RK]

1-CV-00-22[20]
Show Ca[use]
orde[r]
2/26/0[1]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery MAR 0 1 2001
C. Signature
X  Justine Morbo   ☐ Agent  ☒ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

David Barasch
PO Box 11754
Harrisburg, PA 17108

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0164 7548

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952