FILED
HARRISBURG, PA
JUN 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Honorable Judge Yvette Kane,

My name is Thomas R. Jones No. 1:CV-00-2220. On December 20, 2000, I, (Thomas R. Jones), filed a writ of habeas corpus against the U.S. Parole Commission.

The procedures of this case have taken place (ie. the government has responded to my allegation; and in response, I have replied), the only thing left to the case is an ruling.

I, (Thomas R. Jones) am writing this motion to inform the court that I (Thomas R. Jones) have been transferred from the United States Penitentiary ("U.S.P. Allenwood"), P.O. Box 3000, Whitedeer, Pennsylvania 17887; to an lower sercurity institution. My new address (which is a part of the same complex) is: Federal Correctional Institution ("F.C.I. Allenwood"), P.O. Box 2000, Whitedeer, Pennsylvania 17887. My register number is the same, (ie. #05208-000).

Also, in my reply to the government's response I expressed to the court that the U.S. Parole Commission used statements that were false, inaccurate, and not reliable. I explained to the court in my reply; that I would try to obtain the documents (which are in the discovery package) that would contradict all of the U.S. Parole Commission's allegations, and show that my arguement has much merits. However, I have been unsuccessful in obtaining these documents at this point.

THESE DOCUMENTS ARE AN IMPORTANT PART TO THIS CASE. EVEN THOUGH THIS CASE ISN'T DEALING WITH THE ACTUAL CRIMINAL PRECEDING, THE U.S. PAROLE COMMISSION IS PENALIZING ME, (ie. USING POST FACTOR DOCUMENTS, RESENTENCING ME, EVEN TO THE EXTENT OF TELLING ME HOW THE CRIME TOOK PLACE).

AT THIS POINT, I'M ASKING THE HONORABLE JUDGE YVETTE KANE, TO ORDER THE DISTRICT OF COLUMBIA UNITED STATES ATTORNEY'S OFFICE TO PROVIDE ME (THOMAS R. JONE) WITH MY DISCOVERY PACKAGE, IN CASE, # F-733-95, TO PRESENT THE DOCUMENTS WHICH WOULD MAKE A GREAT DIFFERENCE IN THIS CASE.

THANK YOU FOR TAKING THE TIME OUT TO READ THIS LETTER.

RESPECTFULLY SUBMITTED
SINCERLY,
Thomas R. Jones
THOMAS R. JONES #05208-000

## CERTIFICATE OF SERVICE

ON JUNE 13, 2001, I (THOMAS R. JONES) SERVED A COPY OF THE ATTACHED MOTION/LETTER, BY PLACING SAID COPY IN A POSTPAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER NAMED, AT THE PLACES AND ADDRESSES STATED BELOW, WHICH IS LAST KNOWN ADDRESS, AND BY DEPOSITING SAID ENVELOPE AND CONTENTS IN THE UNITED STATES POSTAL MAIL BOX (FOR LEGAL MAIL) HERE AT F.C.I. ALLENWOOD, P.O. BOX 2000, WHITEDEER, PA. 17887.

ADDRESSEE:
DAVID M. BARACH
UNITED STATES ATTORNEY
c/o MATTHEW E. HAGGERTY
  ASSISTANT U.S. ATTORNEY
c/o MICHELE E. LINCALIS
  PARALEGAL SPECIALIST
316 FEDERAL BUILDING
240 WEST THIRD STREET
WILLIAMSPORT, PA. 17703

_Thomas R. Jones_
THOMAS R. JONES #05208-000