UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Thomas R. Jones

    Petitioner

V.

Jake Mendez, ET AL,

    Respondents

Civil No. 1: CV-00-2220

FILED
HARRISBURG, PA
AUG 0 3 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE MIDDLE DISTRICT OF PENNSYVANIA

Comes now the Petitioner pro-se, Thomas R. Jones, petitioner in the above-captioned cause, humbly, and respectfully, appeals to the United States Court of Appeals for the Middle District of Pennsyvania; from an order of the District Court for the Middle District of Pennsyvania, entered on July 17, 2001; and filed on July 18, 2001, denying Petitioner Motion of Writ of habeas corpus pursuant to 28 U.S.C. §2241.

Respectfully Submitted,

Thomas R. Jones #05208-000
F.C.I. Allenwood
P.O. Box 2000
White Deer, Pa. 17887

1

## CERTIFICATE OF SERVICE

I hereby certify and declare, that a true and accurate copy of the forgoing notice of Appeal was sent by regular U.S. mail, as I put the envelope myself in the U.S. Postal mail box for legal mail, here at F.C.I. Allenwood this_____day of _____2001, to make service on David M. Barasch, Esq., United States Attorney, c/o Matthew E. Haggerty, Esq., Assistant U.S. Attorney, c/o Michele E. Lincalis, Esq., Paralegal Specialist, at 316 Federal Building; 240 West Third Street, Williamsport, PA. 17703.

Thomas R. Jones #05208-000

2