INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

THOMAS R. JONES  
    Petitioner/Appellant  
    v.  

JAKE MENDEZ, Warden, et al.  
    Respondents/Appellees  

Dist. Ct. Docket # 1:CV-00-2220  
(Judge Yvette Kane)  

Ct. of Appeals Docket # _____

NOTICE OF APPEAL FILED 08/03/01   COURT REPORTERS:   No

FILING FEE:
| | | | |
|---|---|---|---|
| Notice of Appeal | ___ Paid | _X_ Not Paid | ___ Seaman |
| Docket Fee | ___ Paid | _X_ Not Paid | ___ US or Govt. |

CJA Appointment: (Attach copy of order) N/A  
___ Private Attorney  
___ Defender Association or Federal Public Defender  
___ Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)  
___ Motion Granted In First Instance  
___ Denied  
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)  
___ Granted  
___ Denied  
___ Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:  
Judge Yvette Kane  
Michael Stover, Esquire  
Matthew Edward Haggerty, Esquire, AUSA  
File Copy  

Thomas R. Jones  
Sharon Gervasoni, Esquire  
PRSLC Belisario  

DATED: August 8, 2001  

Virginia Gilmore  
Deputy Clerk

FILED  
HARRISBURG  
AUG 1 3 2001  
MARY E. D'ANDREA, CLERK  
Per_____  
   DEPUTY CLERK

Please acknowledge receipt of these documents on the enclosed copy of this sheet.

lmc 8-9-01