

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

August 8, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

      RE:  THOMAS R. JONES V. JAKE MENDEZ, ET AL.
           Case Number: 1:CV-00-2220
           USCA Case No: Unknown  Appeal filed 08/03/01

Dear Ms. Waldron:
    Enclosed please find:

    \_\_\_  One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

    _X_  Actual Record with one certified copy and one uncertified copy of docket entries.  (Docs. #1 thru #9)

    \_\_\_  One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record

    \_\_\_  Actual_____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                                Sincerely,
                                MARY E. D'ANDREA, CLERK

                                Virginia Gilmore
                                Deputy Clerk

**FILED
HARRISBURG**

AUG 1 3 2001

MARY E. D'ANDREA, CLE
Per_____
      DEPUTY CLERK