OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4923

pacer.ca3.uscourts.gov

August 13, 2001

NOTICE OF DOCKETING OF APPEAL

**FILED
HARRISBURG
AUG 1 6 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK**

Jones v. Mendez

No(s): 00-cv-02220

(Honorable Yvette Kane)

An appeal by **Thomas R. Jones #05208-000** was filed in the above-captioned case on 8/3/01, and docketed in this Court on 8/13/01, at No. **01-3173**.

Kindly use the Appeals Docket No. **01-3173** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk