

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY E. D'ANDREA
Clerk of Court

FILED
HARRISBURG

SEP 0 4 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK
(717) 221-3920
FAX (717) 221-3959

August 30, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RE: THOMAS R. JONES V. JAKE MENDEZ, ET AL.
Case Number: 1:CV-00-2220
USCA Case No: 01-3173  Appeal filed 08/03/01

Dear Ms. Waldron:
   Enclosed please find:

___   One certified copy of the docket entries
      to be filed as the Certified List in
      Lieu of the Record.

___   Actual Record with one certified copy
      and one uncertified copy of docket
      entries.

___   One certified copy of docket entries to be filed as the
      Certified List in Lieu
      of the _____ Supplemental Record

_x_   Actual_____1ST___ Supplemental Record with
      one certified copy and one uncertified
      copy of docket entries. (Docs. #10 thru #13)

   Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK
*Virginia Gilmore*
Virginia Gilmore
Deputy Clerk