OFFICE OF THE CLERK *Ly N & Financial*

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Harrisburg         Clerk of District Court         Date  9/7/01
(District)

Jones v. Mendez                                    C. of A. No. 01-3173
(Caption)

Thomas R. Jones
(Appellant)

00-cv-02220  *J.Kane*
(D.C. No.)

**RECEIVED**
**SEP 11 2001**
PER _____
HARRISBURG, PA.     DEPUTY CLERK

Enclosures:

__9/7/01_____ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

                           __Charlene Crisden__  (267)-299-_4923_
                             Deputy Clerk        Telephone Number

                                              Rev. 3/13/00
                         Appeals (Certified List in Lieu of Record)

*ack'd*
*9-12-01*
*/s/ */

EPS-377                                              September 7, 2001

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 01-3173

Jones v. Mendez

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

**FILED**
HARRISBURG
SEP 1 1 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

---

    The foregoing Motion is granted. Should appellant file any future motions for leave to proceed in forma pauperis in this Court, the motion must be accompanied by a certified statement of his prison account for the previous six months as required by Section 4 of the Affidavit Form.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*
_____
Clerk

Dated: September 7, 2001
CLC\cc: TRJ
       MEH
       SG
       MS