MARY E. D'ANDREA
Clerk of The Court
U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

JUDGE'S COPY

FILED
HARRISBURG, PA
FEB 10 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: JONES VS. MENDEZ, ET AL. Docket No.: 01-3173
D.C. No.: 00-cv-02220

Comes now, the pro-se petitioner in the above captioned case, humbly, and respectfully, request the District Court to kindly send petitioner a copy of the order and ruling of The Third Circuit Court of Appeals denying petitioner the relief sought in his habeas Corpus petition, As petitioner wish to continue to proceed by filing a writ of certiorari in the Supreme Court. Upon the petitioner filing a motion for rehearing and en banc rehearing (in the Appealant Court), the petitioner sent the Appealant Court the only order and ruling (of the Appealant Court), that the petitioner had, as it was one of the requirements for filing the motion for rehearing; and at the time it was the only copy that the petitioner had. As the order and ruling being one of the requirements that the petitioner needs to file a writ of certiorari in the U.S. SUPREME COURT, The petitioner would apreciate if the District Court would send the petitioner a copy of the order and ruling of the Appealant Court denying petitioner Appeal of the District Court, 'stating that the petitioner claims were frivolous'. I would apreciate

if the District Court would send me this as soon as possible please.

Respectfully submitted,
*Thomas R. Jones* #05208-
MR. Thomas R. Jones #05208-
F.C.I. Allenwood
P.O. Box 2000
Whitedeer, PA. 17887