*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*



*MARY E. D'ANDREA*
*Clerk of Court*

*(570) 207-5600  FAX (570) 207-5650*
*e-mail address: www.pamd.uscourts.gov*

*Divisional Offices*

*Harrisburg:    (717) 221-3920*
*Williamsport:  (570) 323-638*

February 13, 2003

FILED
SCRANTON

FEB 13 2003

PER _____
DEPUTY CLERK

Mr. Thomas R. Jones
#05208-000
FCI-Allenwood
P.O. Box 2000
White Deer, PA 17887

        Re:  <u>Jones v. Mendez, et al.</u>, Civil No. 1:CV-00-2220

Dear Mr. Jones:

        In response to your request received February 10, 2003,
enclosed you will find a copy of the Opinion and Judgment from
the United States Court of Appeals for the Third Circuit in the
case referenced above.

                        Sincerely,

                        Lois A. Fuller
                        Pro Se Writ Clerk

laf
Enclosure