UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA. 17108

FILED
HARRISBURG
APR 0 7 2003
MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

THOMAS R. JONES,
             Petitioner

VS.

JAKE MENDEZ, ET AL.,
                    Respondents

DOCKET NO. 01-3173
(D.C. Civ. No. 00-cv-02220)
Judge Yvette Kane

## Motion to the UNITED STATES DISTRICT Court Requesting stay of mandate pending the Court's judgement of rule 60(b) motion filed by the petitioner

Comes NOW, the pro-se petitioner, Thomas R. Jones, Petitioner in the above captioned case, humbly, and, respectfully requesting the United States District Court for the MIDDLE DISTRICT OF PENNSYLVANIA To stay the mandate in the above captioned case, pending the Court's judgement of the Civil Rule 60(b) motion filed by the petitioner in this Honorable Court March 17, 2003; for the following reasons:

The Civil Rule 60(b) motion presents newly discovered information in which this Honorable Court was not allowed to entertain pursuant to its ruling denying the petitioner the relief sought in his heabea Corpus pursuant

28 U.S.C. § 2241.

Petitioner believes that this newly discovered information would respectfully change this Courts judgement in the captioned case, as it would show that the reasons the U.S. Parole Commission gave embodied in it "Notice of Action" denying petitioner parole, and thus going outside of the guidelines, is not supported by the facts of petitioner's case, or record.

The Civil Rule 60(b) motion also presents to this Honorable Court an issue in which was argued by (Petitioner), in which this Honorable Court misinterpreted.

Last but not least, The Civil Rule 60(b) motion also presents to this Honorable Court issue(s) which was argued by the petitioner but was not entertained by this Honorable Court. These issue(s) are significant issue(s), because they deal with petitioner's due process rights. Petitioner believes that if these issue(s) were entertained and addressed by the Honorable Court the Honorable Court would have gave the petitioner the relief sought in the captioned case.

Accordingly, petitioner prays that this Honorable Court would grant him stay of the mandate in the captioned case, while this Honorable Court entertain the Civil Rule 60(b) motion filed by petitioner.

Respectfully submitted

Thomas R. Jarrott #05208-000

I hereby certify and declare that I placed the enclose motion to "stay the mandate in the captioned case", in the mail for legal mail, here at F.C.I. Allenwood, this _____ day of _____ 2003, to be issued to the Court and served on the opposing party, ie. Mr. Matthew E. Haggerty, esq., Assistant U.S. Attorney, at 316 Federal Building, 240 West Third Street, Williamsport, PA. 17703, and Sharon Gervasoni, esq. UNITED STATES PAROLE COMMISSION, 5550 FRIENDSHIP Boulevard, CHEVY CHASE MD. 20815.

I further certify and declare under the penalty of perjury that the foregoing is true and accurate.

Thomas R. Jones #05208-000
Thomas R. JONES #05208-000
F.C.I. Allenwood
P.O. Box 2000
Whitedeer, PA. 17887

MR. Thomas R. Jones #05208-000
F.C.I. Allenwood
P.O. Box 2000
Whitedeer, PA 17887

APR 4 2003

CLERK OF THE COURT
OF THE HONORABLE
Judge Yvette KANE
U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

HARRISBURG, PA
APR 07 2003
DEPTY