Case No: 1:00-cv-02220-YK-EC     Document No: 2
02:04 PM

Thomas R. Jones
USP-ALLENWOOD
&#035;05208-000
P.O. Box 3000
White Deer, PA 17887



*Remailed 5/23/03
to USP-Allenwood
Medium.*

HARRISBURG, PA 17107
PM 16 MAY 2003

FILED
HARRISBURG, PA
MAY 2 2 2003
MARY E. D'ANDREA, CLERK
Per _____

RECEIVED
MAY 2 2 2003
PER _____
HARRISBURG, PA.     DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

- U.S. COURTHOUSE -
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS