*nh*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543

April 28, 2003

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

RECEIVED
MAY - 2 2003
U.S.C.A.

**FILED**
HARRISBURG, PA

JUN 0 3 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

00-CV-02220

       Re:   Thomas R. Jones
             v. Jake Mendez, et al.
             No. 02-10343
             (Your No. 01-3173)

Dear Clerk:

     The petition for a writ of certiorari in the above
entitled case was filed April 21, 2003 and placed on the
docket April 25, 2003 as No. 02-10343.


                         Sincerely,

                         William K. Suter, Clerk

                         by

                         Gail B. Johnson
                         Assistant