**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, D. C. 20543**

June 27, 2003

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia,  PA 19106

FILED
HARRISBURG PA

JUL 1 4 2003

Per _____ CLERK

Re:   Thomas R. Jones
      v. Jake Mendez, Warden, et al.
      No.  02-10343
      (Your No. 01-3173)

Dear Clerk:


     The Court today entered the following order in the above

entitled case:

     The petition for a writ of certiorari is denied.


                         Sincerely,

                         William K. Suter

                         William K. Suter, Clerk